UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMI AL-SHAHIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, PASSAIC COUNTY SHERIFF DEPT., JERRY SPEZIALE, CHARLES MEYERS, BRIAN BENDL, JOHN VASSOLER, ROBERT CONDATORE,<br>　　　　　　　　Defendants. | Civ. Action No. 06-5261 (KSH)<br><br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

　　　　For the reasons set forth in the Court's Opinion filed herewith, the defendants' motions for summary judgment [D.E. 93 & 94] are **granted**, and the application in plaintiff's brief [D.E. 97] for partial summary judgment on the conditions-of-confinement, denial of adequate medical care, and failure to protect claims is **denied**. The Clerk is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden

　　September 30, 2010　　　　　　　　　　　　　　　Katharine S. Hayden, USDJ